UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Trial will be reset by separate order.**
>
> */s/ Judge Trauger*

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00095-1 |
| | ) | Judge Trauger |
| TYRONE LAMONT ROSS | ) | |

## MOTION TO CONTINUE TRIAL

Comes now the defendant, Tyrone Ross, by and through counsel, Sumter L. Camp, and hereby moves this Honorable Court to continue the trial date in the above styled cause which is presently set for January 28, 2014. In support of this motion, defendant would refer the Court to the affidavit filed herewith.

Respectfully submitted,

s/ *Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2014, I electronically filed the foregoing Motion to Continue Trial with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Philip H. Wehby, Assistant United States Attorney, 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

s/ *Sumter L. Camp*
SUMTER L. CAMP